*Alfonse C. Fasano,* for the appellee (plaintiff).

Argued March 5—decided March 5, 1974

ERNEST SIMS *v.* BEATRICE SIMS

The plaintiff having failed to perfect his appeal and to appear and defend against the defendant's "Motion to Set Aside Judgment and Direct Judg-

ment Dismissing Action," that motion is granted and the Superior Court in Fairfield County is ordered to open the judgment rendered in the case and enter judgment dismissing the action.

*Melvin J. Silverman,* for the appellant (defendant).

No appearance for the appellee (plaintiff).

Argued March 5—decided March 5, 1974